No. 71–1631. KUSPER ET AL. *v.* PONTIKES. Appeal from D. C. N. D. Ill. Probable jurisdiction noted.

No. 72–922. PASCHALL ET AL. *v.* CHRISTIE-STEWART, INC., ET AL. Appeal from Sup. Ct. Okla. Probable jurisdiction noted.

No. 72–1118. PHILLIPS, ACTING DIRECTOR, OFFICE OF ECONOMIC OPPORTUNITY, ET AL. *v.* KENNEDY ET AL. Appeal from D. C. N. D. Ill. Probable jurisdiction noted.

No. 72–953. O'SHEA, MAGISTRATE, CIRCUIT COURT OF ALEXANDER COUNTY, ILLINOIS, ET AL. *v.* LITTLETON ET AL. C. A. 7th Cir. Certiorari granted and case set for oral argument with No. 72–955 [immediately *infra*].

No. 72–955. SPOMER, STATE'S ATTORNEY OF ALEXANDER COUNTY, ILLINOIS *v.* LITTLETON ET AL. C. A. 7th Cir. Certiorari granted and case set for oral argument with No. 72–953 [immediately *supra*].

No. 72–6041. PERNELL *v.* SOUTHALL REALTY. Ct. App. D. C. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 72–819. REYES *v.* LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL UNION NO. 16, ET AL. C. A. 10th Cir. Certiorari denied.